IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| NLG, LLC, | Case No. 21-11269 (JKS) |
| Debtor. | Related to D.I. 49, 50, & 55 |
| ALFRED T. GIULIANO, the Chapter 7 Trustee for the estate of NLG, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SELECTIVE ADVISORS GROUP, LLC,<br><br>Defendant. | Adv. No. 22-50086 (JKS)<br><br>Related to A.D.I. 4, 5 & 6 |

## ORDER APPROVING
## MOTION FOR ORDER HOLDING ADVERSARY PROCEEDING IN ABEYANCE

Upon consideration of the *Motion for Order Holding Adversary Proceeding in Abeyance* (the "Motion");[1] and the Court having considered the Motion and determined that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, and its creditors; (iv) proper and adequate notice of the Motion and the hearing thereon has been given and no other or further notice is necessary; and (v) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

It is hereby **ORDERED**:

1. The Motion is **GRANTED**.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such term in the Motion.

134171305.2

2.  The above captioned adversary proceeding shall be held in abeyance for a period of ninety (90) days from entry of this Order, without prejudice to any party's right to seek or object to additional extensions.

3.  Nothing in this Order shall be construed as a waiver or release of the parties' rights and claims in connection with the above-captioned adversary proceeding, all of which are expressly reserved.

4.  The Court shall retain jurisdiction over any matter arising from, and/or related to, this Order or the relief granted herein.

**Dated: May 18th, 2022**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**