FILED

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

2022 AUG 10 P 1 3: 41

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 21-11269-JKS |
| NLG, LLC, a Delaware LLC Debtor _____/ | Chapter 7 |
| NLG, LLC Plaintiff | |
| V. | Adversary Case No. 22-50086-JKS |
| SELECTIVE ADVISORS GROUP, LLC _____/ | Original Case No. 18-cv-21398-JEM |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Chris Kosachuk, hereby appears *pro se*, in the above captioned proceeding. Pursuant to 11 U.S.C. § 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that all notices given or required to be given in the above-captioned proceeding, be given to and served upon the following:

**Chris Kosachuk**
**854 Pheasant Run Rd.**
**West Chester, PA 19382-8144**
**Tel. +1.305.490.5700**
chriskosachuk@gmail.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request encompasses, without limitation, all orders, notices, petitions, schedules, statements, objections, pleadings, applications, motions, requests, complaints or demands or whether formal or informal, written or oral, and

whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that (i) affects or purports to affect in any way, any rights or interests of the Debtor or any creditor or party-in-interest in this case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notice and Service of Papers shall not be deemed or construed to be a consent to the jurisdiction of this Court, or to be a waiver of (a) the Petitioning Creditor's rights (i) to have final orders in matters entered only after *de novo* review by a District Court judge where a bankruptcy judge may not enter final orders or judgments, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to this adversary case, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (b) any other rights, claims, actions, setoffs, or recoupments to which the Petitioning Creditor is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Petitioning Creditor hereby expressly reserves.

Dated: August 10, 2022

                                          Respectfully submitted,

                                          */s/ Chris Kosachuk*

                                          Chris Kosachuk
                                          *Pro Se*
                                          854 Pheasant Run Rd.
                                          West Chester, PA 19382-8144
                                          (305) 490-5700
                                          chriskosachuk@gmail.com