# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** ) | Bankruptcy Case No.: 21−11269−JKS |
| NLG, LLC ) | Bankruptcy Chapter: 7 |
|     Debtor ) | |
| _____ ) | |
| NLG, LLC ) | |
|     Plaintiff ) | Adv. Proc. No.:  22−50086−JKS |
|     vs. ) | |
| Selective Advisors Group, LLC ) | |
|     Defendant ) | |

### NOTICE OF HEARING DURING PANDEMIC

A hearing on August 15, 2022 at 3:00PM has been scheduled for a Status Conference in the United States Bankruptcy Court for the District of Delaware. **This hearing will be held virtually.** All parties wishing to appear must do so by registering at the following link:

**https://tinyurl.com/mr49wvbs**

no later than 12:00 PM, one business day prior to the hearing to sign up. Participants should log into the hearing not later than 10 minutes prior to the start of the scheduled hearing to ensure a proper connection. The appearance of pro−se litigants is mandatory and failure to appear may result in an adverse ruling.

If you are unable to appear virtually please contact the Judge's chambers at 302−252−2900 for further instructions.

*Una O'Boyle*
_____

Una O'Boyle, Clerk of Court

Dated: 8/11/22

(VAN−496b)

United States Bankruptcy Court
District of Delaware

NLG, LLC,
    Plaintiff

Adv. Proc. No. 22-50086-JKS

Selective Advisors Group, LLC,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 11, 2022 | Form ID: van496b | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Chris Kosachuk, 854 Pheasant Run Rd, West Chester, PA 19382-8144 |
| pla | + | NLG, LLC, 8 The Green, Ste A, Dover, DE 19901-3618 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Julia Bettina Klein | |
| | on behalf of Defendant Selective Advisors Group  LLC klein@kleinllc.com |

TOTAL: 1