**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:                                          Case No. 21-11269-JKS

NLG, LLC,
a Delaware LLC                                  Chapter 7
Debtor
_____/

NLG, LLC

      Plaintiff

v.                                              Adversary Case No. 22-ap-50086-JKS

                                                Original Case No. 18-cv-21398-JEM

SELECTIVE ADVISORS GROUP, LLC                   Hearing Date: September 15, 2022- 2:30PM

                                                Objection Date: September 6, 2022-4:00PM

      Defendant
_____/

### NOTICE OF CHRIS KOSACHUK'S MOTION TO END IMMEDIATELY ABEYANCE, FOR LEAVE TO INTERVENE AND FOR LEAVE TO AMEND COMPLAINT

TO:  THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; ALFRED T. GIULIANO, TRUSTEE FOR THE ESTATE OF NLG, LLC, COUNSEL FOR SELECTIVE ADVISORS GROUP LLC AND THOSE PERSONS WHO HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002

      **PLEASE TAKE NOTICE** that Chris Kosachuk has filed a Motion which seeks leave to intervene and leave to amend the complaint to include a fourth count to have the Bankruptcy Court cancel the $5,000,225.00 indebtedness caused by the Sham Judgment *nunc pro tunc* to February 22, 2012, the date on which it was recorded in New York pursuant to this Court's inherent powers under Section 105(a) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that if you seek to object or otherwise respond to the Motion, you must file a response/objection to the Motion on or before **September 6, 2022 at 4:00p.m.** in writing, with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, DE 19899-2323. If a copy of the Motion is not enclosed, you may obtain it by sending a written request to Chris Kosachuk at the address listed below.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response/objection upon Chris Kosachuk.

Chris Kosachuk
854 Pheasant Run Rd
West Chester, PA 19382-8144
chriskosachuk@gmail.com

**A HEARING IS SCHEDULED FOR SEPTEMBER 15, 2022 AT 2:30PM**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Respectfully submitted,

Chris Kosachuk
*Pro Se Movant*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

Dated:  August 16, 2022