# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:** ) | Bankruptcy Case No.: 21−11269−JKS |
| NLG, LLC ) | Bankruptcy Chapter: 7 |
|    Debtor ) | |
| _____ ) | |
| NLG, LLC ) | |
|    Plaintiff ) | Adv. Proc. No.:  22−50086−JKS |
|    vs. ) | |
| Selective Advisors Group, LLC ) | |
|    Defendant ) | |

**NOTICE OF RESCHEDULED HEARING**

The hearing regarding Motion, In Part, To End "Abeyance," and Joint Motion to Extend Time originally scheduled for 9/15/22 at 2:30 PM has been rescheduled to 9/14/22 at 01:00 PM in the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, DE 19801 .

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Dated: 8/17/22

(VAN−407b)

United States Bankruptcy Court
District of Delaware

NLG, LLC,
    Plaintiff

Adv. Proc. No. 22-50086-JKS

Selective Advisors Group, LLC,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 17, 2022 | Form ID: van407b | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Chris Kosachuk, 854 Pheasant Run Rd, West Chester, PA 19382-8144 |
| pla | + | NLG, LLC, 8 The Green, Ste A, Dover, DE 19901-3618 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Julia Bettina Klein | on behalf of Defendant Selective Advisors Group  LLC klein@kleinllc.com |
| Seth A. Niederman | on behalf of Trustee Alfred T. Giuliano sniederman@foxrothschild.com<br>msteen@foxrothschild.com;r59257@notify.bestcase.com;ragresta@foxrothschild.com |

TOTAL: 2