# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NLG, LLC,<br><br>        Debtor. | Chapter 7<br><br>Case No. 21-11269 (JKS)<br><br>**Re: D.I. 49, 50, 55 & 61**<br><br>**Hearing Date: 9/14/22 @ 1:00 p.m.**<br>**Obj. Deadline: 9/6/22 @ 4:00 p.m.** |
| ALFRED T. GIULIANO, Trustee,<br><br>        Plaintiff,<br><br>v.<br><br>SELECTIVE ADVISORS GROUP, LLC,<br><br>        Defendant. | Adv. No. 22-50086 (JKS)<br><br>**Re: D.I.  Adv. D.I. 13, 17, 18, & 19** |

## CHAPTER 7 TRUSTEE'S RESPONSE TO CHRIS KOSACHUK'S MOTION TO END IMMEDIATELY ABEYANCE, GRANTING LEAVE TO INTERVENE AND FOR LEAVE TO AMEND COMPLAINT

Alfred T. Giuliano (the "Trustee"), the Chapter 7 trustee for the estate of NLG, LLC ("NLG" or the "Debtor"), by and through their respective undersigned counsel, hereby files this response to *Chris Kosachuk's Motion to End Immediately Abeyance, For Leave to Intervene and For Leave to Amend Complaint* [Adv. D.I. 13] (the "Motion"):

### BACKGROUND

1.    On September 24, 2021 (the "Petition Date"), Christopher Kosachuk ("Kosachuk") filed an involuntary petition for relief under Chapter 7 of Title 11 of the Bankruptcy Code against the Debtor in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2.    Prior to the Petition Date, on April 10, 2018, Kosachuk, on behalf of NLG, commenced an adversary proceeding in the U.S. District Court for the Southern District of Florida (the "Florida District Court") captioned as *NLG, LLC v. Selective Advisors Group, LLC*, Case No. 1:18-cv-21398 (the "Adversary Proceeding"), which was later transferred to this Court.

3.    On May 18, 2022, the Court entered an order (the "Abeyance Order") holding the Adversary Proceeding in abeyance for a period of ninety days from entry of the Abeyance Order. The purpose of the Abeyance Order was to give the Trustee time to investigate certain claims and negotiate a global settlement resolving, among other things, the Adversary Proceeding. At the time, the Trustee and Defendant Selective Advisors Group, LLC ("Selective") had agreed in principle on the key terms of a settlement agreement.

4.    On August 11, 2022, Kosachuk filed the Motion.

5.    Since the entry of the Abeyance Order, the parties have negotiated in good faith a global form of settlement agreement. However, given the complexity of the issues involved in the NLG bankruptcy case and the matters asserted in the Adversary Proceeding, as well as certain previous personal and professional obligations on the part of counsel involved in the settlement discussions, no final form of settlement agreement has yet been agreed upon.

6.    For these reasons, on August 16, 2022, the Trustee and Selective filed a *Joint Motion for Extension of Order Holding Adversary Proceeding in Abeyance* (the "Joint Abeyance Motion") [Adv. D.I. 19], thereby seeking an extension of the Abeyance Order for an additional thirty (30) days from entry of the proposed order granting the Joint Abeyance Motion.

7.    As the Bankruptcy Court knows, the Adversary Proceeding involves complicated legal and factual issues, and has a convoluted procedural history that spans over 12 years. The Trustee and Selective are close to agreeing upon a final form of global settlement agreement,

which, if consummated, will include a provision that dismisses the Adversary Proceeding with prejudice. And if the Adversary Proceeding is dismissed, the Motion will be moot, and the Court need not spend precious time and resources dealing with the underlying claims and dispositive motions.

8. As such, the Trustee hereby incorporates the Joint Abeyance Motion herein and requests that the Motion be denied.

*[Remainder of page left intentionally blank]*

**CONCLUSION**

WHEREFORE, the Trustee requests that the Court enter an order (i) denying the Motion; (2) granting the Joint Abeyance Motion; and (3) granting such further relief as the Court may deem just and equitable.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: */s/ Seth A. Niederman*
Seth A. Niederman (DE 4588)
919 North Market Street, Suite 300
P.O. Box 2323
Wilmington, DE 19899-2323
Phone (302) 654-7444
Fax (302) 656-8920
sniederman@foxrothschild.com

and

Michael G. Menkowitz, Esquire
Jesse M. Harris, Esquire
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Phone (215) 299-2000
Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com

*Counsel for Alfred T. Giuliano, Chapter 7 Trustee for the estate of NLG, LLC*

Dated:  September 6, 2022
          Wilmington, Delaware