### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| NLG, LLC, | ) | Case No. 21-11269 (JKS) |
| | ) | |
|       Debtor. | ) | |
| | ) | |
| ALFRED T. GIULIANO, Chapter 7 Trustee for the estate of NLG, LLC, | ) ) | |
| | ) | |
|       Plaintiff, | ) | |
| | ) | |
|       v. | ) | Adv. Pro. No. 22-50086 (JKS) |
| | ) | |
| SELECTIVE ADVISORS GROUP, LLC, | ) | |
| | ) | |
|       Defendant. | ) ) | **Related Adv. Docket No. 13** |

## ORDER

The *Motion to End Immediately Abeyance, for Leave to Intervene and for Leave to Amend Complaint*, filed by Chris Kosachuk on August 11, 2022 (Adv. D.I. 13), is hereby DENIED, without prejudice, for the reasons set forth on the record at the hearing on September 14, 2022.

Dated: September 14th, 2022
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE