UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
2022 OCT 17 PM 12: 02

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 21-11269-JKS |
| NLG, LLC,<br>a Delaware LLC<br>Debtor<br>_____/ | Chapter 7 |
| NLG, LLC<br><br>      Plaintiff<br><br>v.<br><br>SELECTIVE ADVISORS GROUP, LLC<br><br>      Defendant<br>_____/ | Adversary Case No. 22-ap-50086-JKS<br><br>Original Case No. 18-cv-21398-JEM |

### JUAN RAMIREZ'S OBJECTION TO TRUSTEE ALFRED T. GIULIANO'S MOTION FOR AN ORDER APPROVING SETTLEMENT AGREEMENT BY AND AMONG [SIC] THE CHAPTER 7 TRUSTEE AND LIZA HAZAN

Juan Ramirez, *pro se* Objector, hereby respectfully objects to Trustee Alfred T. Giuliano's Motion for an Order Approving Settlement Agreement By And Among [sic] the Chapter 7 Trustee and Liza Hazan [MC D.I. 84 and AP D.I. 32] (the "Settlement Motion"). In opposition to the Motion, Mr. Ramirez states as follows:

As of the due date of this Objection, NLG is owed **$9,500,661.61** from Ms. Hazan pursuant to the Final Judgment of Foreclosure which was wiped out by the void Judgment by Confession at issue in this adversary proceeding and the related adversary proceeding, Case No. 22-ap-50421-JKS. As of the date of this Objection, Mr. Ramirez is owed at least **$1,277,032582**. [*See Proof of Claim # 5*]. Mr. Ramirez adopts and incorporates by reference as if fully re-written herein the Objection of Chris Kosachuk and Appendix served on all the parties on October 13, 2022.

In addition, Mr. Ramirez would like to apprise the Court of the Order entered in his action challenging the void Judgment by Confession from the New York Supreme Court. The Order, attached hereto as Exhibit 1, found that the Judgment by Confession "was entered without jurisdiction, without service of process, without any due process, and collusive as the affidavit confessing the judgment was signed by the President of the Plaintiff corporation." These facts are all true and render the Judgment by Confession void on its face as a matter of law. Unfortunately, this ruling is now before the Appellate Division First Department with oral argument scheduled for the November 2022 term. A settlement before the final resolution of my New York action challenging the Judgment by Confession is not in my interest nor that of any other creditor. Moreover, my New York action has no cost whatsoever to the estate of NLG. It will only have benefits to the estate. Attorneys for Selective have already tried to use this settlement to impede my challenge in New York.

Neither Trustee Giuliano or his counsel has ever contacted undersigned in regards to the Judgment by Confession or the underlying litigation. It is my belief that the proposed settlement is not in the best interest of the creditors.

WHEREFORE, Mr. Ramirez respectfully requests entry of an order sustaining his objection, deny the Settlement Motion, adjudicate the pending Adversary Proceedings and cancel the indebtedness of the Sham Judgment *nunc pro tunc* to date of entry of February 22, 2012; and granting such other and further relief as is equitable and just.

Dated: October 13, 2022

                                              Respectfully submitted,

**JUAN RAMIREZ, JR.**
*Pro Se Objector*

*/s/ Juan Ramirez Jr.*

Juan Ramirez, Jr. (*pro se*)
1172 S. Dixie Hwy. #341
Coral Gables, FL 33146
(305) 667-6609
jr@adrmiami.com

Case 22-50086-JKS    Doc 35    Filed 10/17/22    Page 4 of 7

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                    Case No. 21-11269-JKS

NLG, LLC,
a Delaware LLC                                            Chapter 7
Debtor
_____/

NLG, LLC

    Plaintiff

v.                                                        Adversary Case No. 22-ap-50086-JKS

                                                         Original Case No. 18-cv-21398-JEM

SELECTIVE ADVISORS GROUP, LLC

    Defendant
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of October 2022 a true and correct copy of foregoing was overnighted to the Clerk of Court for electronic filing, which will electronically serve a copy of the foregoing document on all parties of record and was emailed directly to counsel of record by Mr. Ramirez.

                                                         Respectfully submitted,

                                                         **JUAN RAMIREZ, JR.**
                                                         *Pro Se Objector*

                                                         */s/ Juan Ramirez Jr.*

                                                         Juan Ramirez, Jr. (*pro se*)
                                                         1172 S. Dixie Hwy. #341
                                                         Coral Gables, FL 33146
                                                         (305) 667-6609
                                                         jr@adrmiami.com

**Service List Via CM/ECF/EMAIL**
All parties of record

# Exhibit 1

New York Court Order from Ramirez v. Selective

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| | | | |
|---|---|---|---|
| PRESENT: | HON. ANDREW BORROK | PART | IAS MOTION 53EFM |
| | Justice | | |

-----------------------------------------------------------------X

RAMIREZ, JR., JUAN

                      Petitioner,

- v -

SELECTIVE ADVISORS GROUP, LLC

                      Respondent.

-----------------------------------------------------------------X

| | |
|---|---|
| INDEX NO. | 654670/2020 |
| MOTION DATE | 11/09/2020 |
| MOTION SEQ. NO. | 002 |

**DECISION + ORDER ON MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 002) 18, 19, 20, 22 were read on this motion to/for               JUDGMENT - DEFAULT    .

Juan Ramirez, Jr. (the **Petitioner**) filed this petition on September 23, 2020 pursuant to CPLR §§ 3001, 3218, and 5015 to declare void, vacate, set aside and/or strike a certain judgment by confession *nunc pro tunc* to date of entry recorded on February 22, 2012 in the action captioned, *9197-5904 Quebec, Inc. v. NLG, LLC*, Index No. 2012- 101875 (NYSCEF Doc. No. 1). Selective Advisors Group, LLC (the **Respondent**) was served with the petition on September 25, 2020 (NYSCEF Doc. No. 17). The Respondent did not respond.

The Petitioner subsequently filed the instant motion for default judgment on November 5, 2020 and served the Respondent on November 9, 2020 (NYSCEF Doc. No. 22). The Respondent did not respond. Accordingly, the Petitioner's motion for a default judgment is granted as unopposed.

654670/2020   RAMIREZ, JR., JUAN vs. SELECTIVE ADVISORS GROUP, LLC
Motion No. 002

Page 1 of 2

1 of 2

Accordingly, it is

ORDERED that the Petitioner's motion for default judgment is granted as unopposed; and it is further

ADJUDGED and DECLARED that the Judgment by Confession for $5,000,225.00 in the case captioned as 9197-5904 Quebec, Inc. v. NLG, LLC entered under Index No. 101875-2012 in the Supreme Court of New York, New York County on February 22, 2012, and assigned to Selective Advisors Group, LLC on June 17, 2014 is *void ab initio* and hereby vacated, set aside and stricken from the public records, *nunc pro tunc* to date of entry as it was entered without jurisdiction, without service of process, without any due process, and collusive as the affidavit confessing the judgment was signed by the President of the Plaintiff corporation; and it is further

ORDERED that Clerk of the Supreme Court of New York for New York County is hereby ordered to vacate, strike and set aside from the public records the Judgment by Confession in the case captioned as 9197-5904 Quebec, Inc. v. NLG, LLC, and assigned to Selective Advisors Group, LLC on June 17, 2014, *nunc pro tunc* to date of entry to February 22, 2012 entered under Index No. 101875-2012 in the Supreme Court of New York, New York County.

| 2/11/2021 | | |
|---|---|---|
| DATE | | ANDREW BORROK, J.S.C. |

| CHECK ONE: | X | CASE DISPOSED | | | NON-FINAL DISPOSITION | | |
|---|---|---|---|---|---|---|---|
| | X | GRANTED | | DENIED | GRANTED IN PART | | OTHER |
| APPLICATION: | | SETTLE ORDER | | | SUBMIT ORDER | | |
| CHECK IF APPROPRIATE: | | INCLUDES TRANSFER/REASSIGN | | | FIDUCIARY APPOINTMENT | | REFERENCE |

654670/2020  RAMIREZ, JR., JUAN vs. SELECTIVE ADVISORS GROUP, LLC    Page 2 of 2
Motion No. 002

2 of 2