# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| NLG, LLC, | Case No. 21-11269-JKS |
| Debtor. | |
| ALFRED T. GIULIANO, the Chapter 7 Trustee for the estate of NLG, LLC, | |
| Plaintiff, | Adv. No. 22-50086 (JKS) |
| v. | |
| SELECTIVE ADVISORS GROUP, LLC, | |
| Defendant. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 25, 2022 AT 10:30 A.M.

**THE HEARING WILL BE HELD IN-PERSON IN JUDGE STICKLE'S COURTROOM. ALL PARTIES, INCLUDING WITNESSES, WISHING TO PARTICIPATE IN THE HEARING MUST ATTEND IN PERSON.**

**Other parties who are not participating in the hearing may observe the hearing remotely by registering at the following Zoom link:**

https://debuscourts.zoomgov.com/meeting/register/vJIsc-GurzgpGsK_6qx9wOYJVyJlsgNncMg

**Once registered, parties wishing to observe the hearing will receive a confirmation email containing personal log-in information for the hearing.**
**COURTCALL WILL NOT BE USED TO DIAL IN.**

## MATTERS GOING FORWARD

1. Motion for an Order Approving Agreement By and Among the Chapter 7 Trustee and Liza Hazan [Main Docket No. 84 ; Adv. Docket No. 32; Filed September 30, 2022]

    Response Deadline:  October 14, 2022 at 4:00 pm.

Responses Received:

    A.    Objection of Chris Kosachuk to Motion for an Order Approving Agreement By and Among the Chapter 7 Trustee and Liza Hazan [Main Docket No. 86; Adv. Docket No. 34; Filed October 17, 2022]

    B.    Juan Ramirez's Objection to Motion for an Order Approving Agreement By and Among the Chapter 7 Trustee and Liza Hazan [Main Docket No. 87; Adv. Docket No. 35; Filed October 17, 2022]

Related Documents:

    A.    Notice of Filing of Exhibit "E" to Motion for an Order Approving Agreement By and Among the Chapter 7 Trustee and Liza Hazan [Main Docket No. 85; Adv. Docket No. 33; Filed September 30, 2022]

    B.    Proposed form of Order Approving Motion for an Order Approving Agreement By and Among the Chapter 7 Trustee and Liza Hazan [Main Docket No. 84-8 ; Adv. Docket No. 32 8; Filed September 30, 2022]

Status:    This matter is going forward.

*(Signature on following page)*

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: _/s/ Seth A. Niederman_
Seth A. Niederman, Esquire (No. 4588)
919 N. Market Street, Suite 300
Wilmington, DE  19899-2323
(302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

-and-

Michael G. Menkowitz, Esquire
Jesse M. Harris, Esquire
2000 Market Street, Twentieth Floor
Philadelphia, PA 19103-3222
(215) 299-2864/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com

Attorneys for Alfred T. Giuliano, Chapter 7 Trustee for the estate of NLG, LLC

Dated:  October 21, 2022