# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NLG, LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 21-11269-JKS <br><br> **Related to D.I. 84** |
| ALFRED T. GIULIANO, the Chapter 7 Trustee for the estate of NLG, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SELECTIVE ADVISORS GROUP, LLC, <br><br> Defendant. | Adv. No. 22-50086 (JKS) <br><br> **Related to D.I. 32** |

### NOTICE OF WITHDRAWAL OF MOTION FOR AN ORDER APPROVING AGREEMENT BY AND AMONG THE CHAPTER 7 TRUSTEE AND LIZA HAZAN

TO THE CLERK OF COURT:

Seth A. Niederman of Fox Rothschild LLP, attorneys for Alfred T. Giuliano, the chapter 7 Trustee for the estate of NLG, LLC., hereby files this *Notice of Withdrawal of Motion for an Order Approving Agreement By and Among the Chapter 7 Trustee and Liza Hazan*, filed on September 30, 2022 at Docket No. 84 in Bankruptcy Case No. 21-11269 and Docket No. 32 in Adversary Case No. 22-50086. The dockets in these matters should reflect that Docket Nos. 84 and 32, respectively, have been withdrawn.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: /s/ Seth A. Niederman
Seth A. Niederman, Esquire
Delaware Bar No. 4588
919 North Market Street, Suite 300
P.O. Box 2323
Wilmington, DE 19899-2323
Phone (302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

140729401.1

2

 

-and-

Michael G. Menkowitz, Esquire
Jesse M. Harris, Esquire
2000 Market Street, 20th Floor
Philadelphia, PA  19103-3222
Phone (215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com

Dated: December 14, 2022

*Counsel for Alfred T. Giuliano,*
*Chapter 7 Trustee for the Estate of NLG, LLC*

140729401.1