# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NLG, LLC,<br><br>   Debtor. | Chapter 7<br><br>Case No. 21-11269 (JKS)<br><br>**Related D.I. 71** |
| ALFRED T. GIULIANO, the Chapter 7 Trustee for the estate of NLG, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>SELECTIVE ADVISORS GROUP, LLC, and 9197-5904 QUEBEC, INC.,<br><br>   Defendants. | Adv. No. 21-51264 (JKS)<br><br>**Related Adv. D.I. 59** |
| ALFRED T. GIULIANO, the Chapter 7 Trustee for the estate of NLG, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>SELECTIVE ADVISORS GROUP, LLC,<br><br>   Defendant. | Adv. No. 22-50086 (JKS) |

|  |  |
|---|---|
| CHRIS KOSACHUK,<br><br>   Plaintiff,<br><br>v.<br><br>SELECTIVE ADVISORS GROUP LLC and 9197-5904 QUEBEC, INC.,<br><br>   Defendants. | Adv. No. 22-50421 (JKS)<br><br>**Related Adv. D.I. 8 and 9** |

## ORDER

The Court having held a status conference on the Order to Show Cause (D.I. 101) on December 16, 2022, and in the above-captioned adversary proceedings, and the Court having heard the comments and arguments made by the parties at the status conference; and consistent with the Court's rulings at the status conference,

**IT IS HEREBY ORDER THAT**, Chris Kosachuk's Motion to Convert Involuntary Chapter 7 Case to Voluntary Chapter 11 Case (D.I. 71) shall be heard on **January 31, 2023, at 1:00 p.m.**, any responses to the motion to convert shall be filed on or before **January 24, 2023, at 4:00 p.m.**;

**IT IS FURTHER ORDERED THAT**, in Adversary Proceeding 21-51264 (JKS), Selective Advisors Group, LLC and 9197-5904 Quebec, Inc., shall provide a status report on their Motion to Reopen Adversary Proceeding, to Vacate Order Approving Stipulation Dismissing Complaint Without Prejudice, and Decide Adversary Proceeding on the Merits (Adv. D.I. 21-51264, D.I. 59);

**IT IS FURTHER ORDERED THAT**, in Adversary Proceeding 22-50086 (JKS), the parties shall confer on a stipulation to dismiss the adversary action and submit such stipulation

and proposed order under Certification of Counsel as soon as practicable. If the parties cannot agree as to a form of stipulation, the parties shall submit competing forms of order to dismiss the adversary action under Certification of Counsel;

**IT IS FURTHER ORDERED THAT**, in Adversary Proceeding 22-50421, the parties shall brief the issues of jurisdiction and abstention raised in the defendants' Motion to Dismiss (Adv. Pro. 22-50421, D.I. 8 and 9), the Plaintiff's response shall be due on or before **January 6, 2023, at 4:00 p.m.**; and the Defendants' reply shall be sue on or before **January 20, 2023, at 4:00 p.m.** Thereafter, the Defendants shall file a Notice of Competition of Briefing and provide copies of the pleadings to Chambers for consideration. **All other issues in Adv. Pro. 22-50421 shall be stayed and held in abeyance until the Court issues its decision on the issues of jurisdiction and abstention.**

Dated: December 19, 2022

J. Kate Stickles
United States Bankruptcy Judge