IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Kosachuk v. NLG, LLC

| | | |
|---|---|---|
| Chris Kosachuk, | ) | |
| Appellant, | ) | Civil Action No. 1:23-cv-00542-UNA |
| | ) | |
| v. | ) | |
| | ) | |
| NLG, LLC, | ) | Bankruptcy Case No.  21-11269 JKS |
| | ) | Bankruptcy BAP No.  23-28 |
| Appellee. | ) | Bankruptcy ADV No. 22-50086 JKS |

## NOTICE OF DOCKETING

A Notice of Appeal of the following Memorandum Order and Order of the Bankruptcy Court dated 5/3/2023 and 2/16/2023 was docketed in the District Court on 5/18/2023:

### MEMORANDUM ORDER DENYING MOTIONS FOR REHEARING, RECONSIDERATION AND RELIEF FROM ORDERS

### ORDER DISMISSING ADVERSARY PROCEEDING

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

            John A. Cerino
            Clerk of Court

/APK
Date: 05/18/2023
CC. U.S. Bankruptcy Court
    Counsel via CM/ECF